IN RE: LTL MANAGEMENT LLC,

                                            Debtor

LTL Management LLC,

                                            Appellant