OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 2, 2023

C. Kevin Marshall, Esq.
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

RE: LTL Management LLC
Case Number: 23-2971
Bankruptcy Court Case Number: 23-bk-12825
District Court Case Number: 3-23-cv-10979

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

Enclosed is case opening information regarding the above-captioned appeal filed by **LTL Management LLC**, docketed at No. **23-2971**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Appellant**

As counsel for Appellant(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Civil Information Statement
4. Disclosure Statement (except governmental entities; original +1);
These forms must be filed on or before **11/16/2023**.

**Failure of Appellant(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Circuit LAR Misc. 107.2**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed on or before **11/16/2023**.

Parties who do not intend to participate in the appeal must notify the Court in writing. You must file an original and one copy of this notice, along with a certificate of service.

Attached is a copy of the full caption in this matter as it is titled in the district court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/ Laurie/cjg
Case Manager
267-299-4936