UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 23-2971 & 23-2972**

In re LTL Management LLC

**ORDER**

      Based on the parties' representation that this appeal presents a purely legal issue, the parties shall submit a stipulated set of relevant facts and procedural history upon which the Court may rely in deciding the appeal. This stipulation shall be filed when the opening brief is filed. The parties need not repeat this information in their principal briefs.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 9, 2023
Lmr/cc: All Counsel of Record