OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 9, 2023

| | |
|---|---|
| Kathy Byrne, Esq. | Kyle P. McEvilly, Esq. |
| David N. Crapo, Esq. | Ariela Migdal, Esq. |
| Melanie L. Cyganowski, Esq. | Isaac M. Pachulski, Esq. |
| David C. Frederick, Esq. | Sari B. Placona, Esq. |
| Kristopher M. Hansen, Esq. | Gregory G. Rapawy |
| Sean Janda, Esq. | Suzanne Ratcliffe, Esq. |
| Ericka F. Johnson, Esq. | Colin R. Robinson, Esq. |
| Laura D. Jones, Esq. | Jonathan Ruckdeschel, Esq. |
| Peter J. Keane, Esq. | Adam C. Silverstein, Esq. |
| Jeffrey A. Lamken, Esq. | J. Bradley Smith, Esq. |
| Moshe Maimon, Esq. | Anthony Sodono III, Esq. |
| Robert K. Malone, Esq. | Lisa B. Tancredi, Esq. |
| C. Kevin Marshall, Esq. | Clay Thompson, Esq. |
| Jonathan S. Massey, Esq. | Alex Treiger, Esq. |

RE: In re: LTL Management LLC
Case Number: 23-2971
District Court Case Number: 23-bk-12825
District Court Case Number: 3-23-cv-10979

Dear Counsel:

The above-entitled case has been listed **at the convenience to the Court** and will be scheduled after briefing has been completed.

At the time that the Court schedules a disposition date, the panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) Approximately 18 calendar days prior to the disposition date you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

RE: In re: LTL Management LLC
Case Number: 23-2971
District Court Case Number: 23-bk-12825
District Court Case Number: 3-23-cv-10979


Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Calendar Clerk
267-299-4947