# United States Court of Appeals for the Third Circuit

## Corporate Disclosure Statement and Statement of Financial Interest

No. __23-2971__

LTL Management LLC

v.

The Official Committee of Talc Claimants, et al.

### Instructions

 Pursuant to Rule 26.1, Federal Rules of Appellate Procedure any nongovernmental corporate party to a proceeding before this Court must file a statement identifying all of its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.

 Third Circuit LAR 26.1(b) requires that every party to an appeal must identify on the Corporate Disclosure Statement required by Rule 26.1, Federal Rules of Appellate Procedure, every publicly owned corporation not a party to the appeal, if any, that has a financial interest in the outcome of the litigation and the nature of that interest. This information need be provided only if a party has something to report under that section of the LAR.

 In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate shall provide a list identifying: 1) the debtor if not named in the caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is an active participant in the bankruptcy proceedings. If the debtor or the bankruptcy estate is not a party to the proceedings before this Court, the appellant must file this list. LAR 26.1(c).

 The purpose of collecting the information in the Corporate Disclosure and Financial Interest Statements is to provide the judges with information about any conflicts of interest which would prevent them from hearing the case.

 The completed Corporate Disclosure Statement and Statement of Financial Interest Form must, if required, must be filed upon the filing of a motion, response, petition or answer in this Court, or upon the filing of the party's principal brief, whichever occurs first. A copy of the statement must also be included in the party's principal brief before the table of contents regardless of whether the statement has previously been filed. Rule 26.1(b) and (c), Federal Rules of Appellate Procedure.

 If additional space is needed, please attach a new page.

(Page 1 of 2)

Pursuant to Rule 26.1 and Third Circuit LAR 26.1, <u>LTL Management LLC</u> makes the following disclosure:

      (Name of Party)

1) For non-governmental corporate parties please list all parent corporations:

DePuy Synthes, Inc.; Janssen Pharmaceuticals, Inc.; Johnson & Johnson; Johnson & Johnson Holdco (NA) Inc.; Johnson & Johnson International

2) For non-governmental corporate parties please list all publicly held companies that hold 10% or more of the party's stock:

Johnson & Johnson

3) If there is a publicly held corporation which is not a party to the proceeding before this Court but which has as a financial interest in the outcome of the proceeding, please identify all such parties and specify the nature of the financial interest or interests:

None. The dismissal order had the effect of dissolving a preliminary injunction issued by the Bankruptcy Court enjoining trials talc-related claims against identified non-debtor third parties, some of which are publicly held corporations. Those claims seek to hold such third parties responsible for LTL Management LLC's alleged liability and are subject to indemnification from LTL Management. As a result, LTL Management does not believe those parties have a financial interest in the outcome.

4) In all bankruptcy appeals counsel for the debtor or trustee of the bankruptcy estate must list: 1) the debtor, if not identified in the case caption; 2) the members of the creditors' committee or the top 20 unsecured creditors; and, 3) any entity not named in the caption which is active participant in the bankruptcy proceeding. If the debtor or trustee is not participating in the appeal, this information must be provided by appellant.

Please see Exhibit A attached hereto.

/s/ C. Kevin Marshall       Dated: 11/13/2023
(Signature of Counsel or Party)

rev: 09/2014      (Page 2 of 2)

## Exhibit A

The members of the talc claimants committee (and their individual tort system lawyers) are listed below.  The legal representative for future claimants is Randi S. Ellis.

1. Tonya Whetsel, as estate representative of Brandon Whetsel
   c/o Karst Von Oiste LLP
   Attn:  Erik Karst, Esq.
   23923 Gosling Rd., Ste. A
   Spring, TX 77389

2. Blue Cross Blue Shield of Massachusetts
   c/o Hill Carter Franco Cole & Black, PC
   Attn:  Elizabeth Carter, Esq.
   425 Perry Street
   Montgomery, AL 36104

3. Kristie Doyle, as estate representative of Dan Doyle
   c/o Kazan, McClain, Satterley & Greenwood PLC
   Attn:  Steven Kazan, Esq.
   55 Harrison St., Ste. 400
   Oakland, CA 94607

4. April Fair
   c/o Robinson Calcagnie, Inc.
   Attn: Mark Robinson, Jr., Esq.
   19 Corporate Plaza Drive
   Newport Beach, CA 92660

5. William Henry, as estate representative of Debra Henry
   c/o Levin Papantonio Rafferty
   Attn: Christopher Tisi, Esq.
   316 S. Baylen Street, Suite 600
   Pensacola, FL 32502

6. Alishia Landrum
   c/o Beasley Allen Law Firm
   Attn:  Leigh O'Dell, Esq.
   PO Box 4160
   Montgomery, AL 36103

7. Rebecca Love
 c/o Ashcraft & Gerel, LLP
 Attn: Michelle Parfitt, Esq.
 1825 K Street, NW, Suite 700
 Washington, DC 20006

8. Patricia Cook
 c/o Weitz & Luxenberg, P.C.
 Attn: Perry Weitz, Esq.
 700 Broadway
 New York, NY 10083

9. Randy Derouen
 c/o Levy Konigsberg LLP
 Attn: Moshe Maimon, Esq.
 605 Third Avenue, 33rd FL
 New York, NY 10158

10. Brandi Carl
 c/o Golomb Spirt Grunfeld
 Attn: Richard Golomb, Esq.
 1835 Market Street, Suite 2900
 Philadelphia, PA 19103

11. Sue Sommer-Kresse
 c/o Motley Rice, LLC
 Attn: Daniel Lapinski, Esq.
 210 Lake Drive East, Suite 101
 Cherry Hill, NJ 08002

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system and that the parties identified on the attached service list were served with the foregoing via overnight mail.

              */s/ C. Kevin Marshall*
              C. Kevin Marshall

| Party | Via |
|---|---|
| United States Bankruptcy Court for the District of New Jersey | The Honorable Michael B. Kaplan<br>United States Bankruptcy Court for the District of New Jersey<br>Courtroom # 8<br>402 East State Street<br>Trenton, NJ 08608 |
| The Unites States Trustee for Regions 3 & 9 | United States Department of Justice<br>Office of the United States Trustee<br>Jeffrey M. Sponder, Esq.<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Jeffrey.M.Sponder@usdoj.gov<br>Lauren.Bielskie@usdoj.gov<br><br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>Linda Richenderfer, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>linda.richenderfer@usdoj.gov |
| The Official Committee of Talc Claimants | c/o counsel:<br><br>GENOVA BURNS, LLC<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>dstolz@genovaburns.com<br>dclarke@genovaburns.com |

| Party | Via |
|---|---|
|  | MASSEY & GAIL LLP<br>Jonathan S. Massey, Esq.<br>Rachel S. Morse, Esq.<br>Bret R. Vallacher, Esq.<br>1000 Maine Ave. SW, Suite 450<br>Washington, DC 20024<br>jmassey@masseygail.com<br>rmorse@masseygail.com<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Jeffrey L. Jonas, Esq.<br>Michael S. Winograd, Esq.<br>Susan Sieger-Grimm, Esq.<br>Seven Times Square<br>New York, NY 10036<br>dmolton@brownrudnick.com<br>jjonas@brownrudnick.com<br>mwinograd@brownrudnick.com<br>ssieger-grimm@brownrudnick.com<br><br>and<br><br>Sunny P. Beville, Esq.<br>Eric R. Goodman, Esq.<br>One Financial Center<br>Boston, MA 02111<br>sbeville@brownrudnick.com<br>egoodman@brownrudnick.com<br><br>OTTERBOURG P.C.<br>Melanie L. Cyganowski, Esq.<br>Richard G. Haddad, Esq.<br>Adam C. Silverstein, Esq.<br>Jennifer S. Feeney, Esq.<br>David A. Castleman, Esq.<br>230 Park Avenue<br>New York, NY 10169<br>mcyganowski@otterbourg.com |

| Party | Via |
|---|---|
|  | rhaddad@otterbourg.com<br>asilverstein@otterbourg.com<br>jfeeney@otterbourg.com<br>dcastleman@otterbourg.com |
| Talc Claimant Paul Crouch, Individually and as Executor and as Executor Ad Prosequendum of the Estate of Cynthia Lorraine Crouch | c/o counsel:<br><br>LEVY KONIGSBERG, LLP<br>Moshe Maimon, Esq.<br>605 Third Avenue, 33rd FL<br>New York, NY 10158<br>mmaimon@levylaw.com<br><br>and<br><br>THE RUCKDESCHEL LAW FIRM, LLC<br>Jonathan Ruckdeschel<br>8357 Main Street<br>Ellicott City, MD 21043<br>ruck@rucklawfirm.com |
| Mesothelioma Claimant Giovanni Sosa | c/o counsel:<br><br>COONEY & CONWAY<br>Kathy Byrne, Esq.<br>120 N. LaSalle Street, Suite 3000<br>Chicago, IL 60602<br>kbyrne@cooneyconway.com |

| Party | Via |
|---|---|
| States of New Mexico and Mississippi | c/o counsel:<br><br>GIBBONS P.C.<br>Robert K. Malone, Esq.<br>David N. Crapo, Esq.<br>Kyle P. McEvilly, Esq.<br>One Gateway Center<br>Newark, NJ 07102<br>rmalone@gibbonslaw.com<br>dcrapo@gibbonslaw.com<br>kmcevilly@gibbonslaw.com |
| Mesothelioma Claimants<br>Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin | c/o counsel:<br><br>MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC<br>Clayton L. Thompson, Esq.<br>150 W. 30th Street, Suite 201<br>New York, NY 10001<br>cthompson@mrhfmlaw.com |
| Mesothelioma Claimant Evan Plotkin | c/o counsel:<br><br>DEAN OMAR BRANHAM SHIRLEY, LLP<br>J. Bradley Smith, Esq.<br>302 N. Market Road, Suite 300<br>Dallas, Texas 75202<br>Bsmith@dobslegal.com |

| Party | Via |
|---|---|
| Arnold & Itkin LLP, on Behalf of Certain Personal Injury Claimants represented by Arnold & Itkin LLP | c/o counsel:<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones, Esq.<br>Colin R. Robinson, Esq.<br>Peter J. Keane, Esq.<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>ljones@pszjlaw.com<br>crobinson@pszjlaw.com<br>pkeane@pszjlaw.com |
| Claimants Represented by Barnes Law Group, LLC | c/o counsel:<br><br>McMANIMON, SCOTLAND & BAUMANN, LLC<br>Anthony Sodono, III, Esq.<br>Sari B. Placona, Esq.<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>asodono@msbnj.com<br>splacona@msbnj.com |
| Ad Hoc Committee of States Holding Consumer Protection Claims | c/o counsel:<br><br>WOMBLE BOND DICKINSON (US) LLP<br>Ericka F. Johnson, Esq.<br>Lisa Bittle Tancredi, Esq.<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>ericka.johnson@wbd-us.com<br>lisa.tancredi@wbd-us.com |