# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
LTL Management LLC, Appellant

APPEAL FROM DISTRICT COURT:
District: Bankruptcy Court for the District of New Jersey
D.C. Docket No.: 23-12825 (MBK)
Date proceedings initiated in D.C.: 04/04/2023
Date Notice of Appeal filed: 08/24/2023
USCA No.: 23-8045

## COUNSEL ON APPEAL

**Appellant(s)**: LTL Management LLC
Name of Counsel: Noel J. Francisco, C. Kevin Marshall, Gregory M. Gordon
Name of Party(ies): LTL Management LLC
Address: 51 Louisiana Avenue, NW, Washington, D.C. 20001
Telephone No.: 202.879.3851
Fax No.: 202.626.1700
E-mail: njfrancisco@jonesday.com, ckmarshall@jonesday.com, gmgordon@jonesday.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Please see Exhibit A attached hereto.
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal? Yes ☐ No ☑
Appeals Docket No.:

Was there a previous appeal in case? Yes ☐ No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?  Yes ☑   No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
   Yes ☑   No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: Ad Hoc Committee of Supporting Counsel v. The Official Committee of Talc Claimants
D.C. Docket No.: _____
Court or Agency: Court of Appeals for the Third Circuit
Docket Number: 23-2972
Citation, if reported: _____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
☐ ANTITRUST
☑ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 13th day of November, 2023.

Signature of Counsel: /s/ C. Kevin Marshall

# EXHIBIT A

Below is a list of Appellees and their counsel:

Jeffrey A. Lamken
**MOLOLAMKEN**
600 New Hampshire Avenue NW
The Watergate, Suite 500
Washington, D.C. 20037
Telephone: (202) 556-2010
Facsimile: (202) 556-2001
Email: jlamken@mololamken.com

Daniel M. Stolz
**GENOVA BURNS, LLC**
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 533-0777
Facsimile: (973) 467-8126
E-mail: dstolz@genovaburns.com

Jonathan S. Massey
**MASSEY & GAIL LLP**
1000 Maine Ave. SW, Suite 450
Washington, D.C. 20024
Telephone: (202) 652-4511
Facsimile: (312) 379-0467
E-mail: jmassey@masseygail.com

David J. Molton
Jeffrey L. Jonas
Michael S. Winograd
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: dmolton@brownrudnick.com
E-mail: jjonas@brownrudnick.com
E-mail: mwinograd@brownrudnick.com

-and-

Sunny P. Beville
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: sbeville@brownrudnick.com

Melanie L. Cyganowski
Richard G. Haddad
**OTTERBOURG P.C**.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104
E-mail: mcyganowski@otterbourg.com
E-mail: rhaddad@otterbourg.com

Attorneys to the Official Committee of Talc Claimants

Moshe Maimon
**LEVY KONIGSBERG, LLP**
605 Third Avenue, 33rd FL
New York, NY 10158
Telephone: (212) 605-6200
Facsimile: (212) 605-6290
E-mail mmaimon@levylaw.com

Jonathan Ruckdeschel
**THE RUCKDESCHEL LAW FIRM, LLC**
8357 Main Street
Ellicott City, MD 21043
Telephone: (410) 750-7825
Email: ruck@rucklawfirm.com

Attorneys for Talc Claimant Paul Crouch, Individually and as Executor and as Executor *Ad Prosequendum* of the Estate of Cynthia Lorraine Crouch

Kathy Byrne
**COONEY & CONWAY**
120 N. LaSalle Street, Suite 3000
Chicago, IL 60602
Telephone: (312) 236-6166
E-mail: kbyrne@cooneyconway.com

Attorneys for Mesothelioma Claimant Giovanni Sosa

Robert K. Malone
David N. Crapo
Kyle P. McEvilly
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500
E-mail: rmalone@gibbonslaw.com
E-mail: dcrapo@gibbonslaw.com
E-mail: kmcevilly@gibbonslaw.com

Attorneys for the States of New Mexico and Mississippi

| | |
|---|---|
| Clayton L. Thompson<br>Suzanne Ratcliffe<br>**MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC**<br>150 W. 30th Street, Suite 201<br>New York, NY 10001<br>Telephone: (800) 358-5922<br>E-mail: cthompson@mrhfmlaw.com<br>E-mail: sratcliffe@mrhfmlaw.com<br><br>Attorneys for Mesothelioma Claimants Katherine Tollefson, Sandra Weathers, Mary Jackson, Elizabeth Meikle, Marzena Zachara, Robert Radin, and Christine Woodfin | J. Bradley Smith<br>**DEAN OMAR BRANHAM SHIRLEY, LLP**<br>302 N. Market Road, Suite 300<br>Dallas, Texas 75202<br>Telephone: (214) 722-5990<br>E-mail: Bsmith@dobslegal.com<br><br>Attorneys for Mesothelioma Claimant Evan Plotkin |
| Anthony Sodono, III<br>Sari B. Placona<br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Ste. 201<br>Roseland, NJ 07068<br>Telephone: (973) 622-1800<br>E-mail: asodono@msbnj.com<br>E-mail: splacona@msbnj.com<br><br>Attorneys for Claimants Represented by Barnes Law Group, LLC | Ericka F. Johnson<br>Lisa Bittle Tancredi<br>**WOMBLE BOND DICKINSON (US) LLP**<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 252-4320<br>E-mail: ericka.johnson@wbd-us.com<br>E-mail: lisa.tancredi@wbd-us.com<br><br>Counsel for the Ad Hoc Committee of States Holding Consumer Protection Claims |

| | |
|---|---|
| David C. Frederick<br>Ariela Migdal<br>**Kellogg Hansen Todd Figel & Frederick**<br>1615 M Street NW<br>Sumner Square, Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>E-mail: dfrederick@kellogghansen.com<br>E-mail: amigdal@kellogghansen.com<br><br>Laura Davis Jones<br>Colin R. Robinson<br>Peter J. Keane<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>E-mail: ljones@pszjlaw.com<br>E-mail: crobinson@pszjlaw.com<br>E-mail: pkeane@pszjlaw.com<br><br>Counsel to Arnold & Itkin LLP, on Behalf of Certain Personal Injury Claimants represented by Arnold & Itkin LLP | Jeffrey M. Sponder<br>Lauren Bielskie<br>**ANDREW R. VARA**<br>**UNITED STATES TRUSTEE REGIONS 3 & 9**<br>United States Department of Justice<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br><br>-and-<br><br>Linda Richenderfer<br>Trial Attorney<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br> Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>E-mail: linda.richenderfer@usdoj.gov<br><br>Counsel for the Office of the United States Trustee |

4