OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 17, 2023

Kathy Byrne
Cooney & Conway
120 N LaSalle Street
Chicago, IL 60602

Melanie L. Cyganowski
Adam C. Silverstein
Otterbourg
230 Park Avenue
29th Floor
New York, NY 10169

Moshe Maimon
Levy Konigsberg
605 Third Avenue
33rd Floor
New York, NY 10158

Sari B. Placona
Anthony Sodono III
McManimon Scotland & Baumann
75 Livingston Avenue
Suite 201
Roseland, NJ 07068

Suzanne Ratcliffe
Clay Thompson
Maune Raichle Hartley French & Mudd
150 W 30th Street
Suite 201
New York, NY 10001

Jonathan Ruckdeschel
Law Office of Jonathan Ruckdeschel
8357 Main Street
Ellicott City, MD 21043

J. Bradley Smith
Dean Omar Brangam Shirley
302 N Market Street
Suite 300
Dallas, TX 75202

RE: In re: LTL Management LLC
Case Number: 23-2971
District Court Case Number: 23-bk-12825
District Court Case Number: 3-23-cv-10979

Dear Counsel:

Pursuant to our docketing letter dated **November 2, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Disclosure Statement**


The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936
cc: All Counsel of Record