UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-2971 & 23-2972

In re: LTL Management LLC

(D.N.J. No. 3-23-cv-10979)

---

In re: LTL Management LLC

(D.N.J. No. 3-23-cv-17597)

Present: SHWARTZ, RESTREPO and AMBRO, Circuit Judges

    Joint Motion Regarding a Proposed Briefing Schedule, Waving Oral Argument and to Decide the Case on the Briefs, and to Vacate the November 9 Order with proposed briefing schedule as follows:

        Appellants' briefs due by December 13, 2023
        Appellees' briefs due within 44 days of filing of Appellants' briefs
        Appellants' reply briefs due within 21 days of filing of Appellees' briefs

                              Respectfully,
                              Clerk/AR

_____ORDER_____

The foregoing Motion is granted in part and denied in part as follows: (1) the proposed briefing schedule is ADOPTED; (2) the request that the panel decide these appeals on the briefs is DENIED as presented, as the panel shall decide whether to hold oral argument after reviewing the briefs; and (3) the clerk order entered on November 9 is VACATED.  The parties are ordered to limit the joint appendix to the materials necessary to resolve these cases on appeal.

                              By the Court,

                              s/ Thomas L. Ambro
                              Circuit Judge

Dated: November 28, 2023
Lmr/cc: All Counsel of Record