UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-2971 & 23-2972

IN RE: LTL MANAGEMENT LLC,
                            Debtor

LTL Management LLC,
                            Appellant

(Bankr. D. N.J. No. 23-bk-12825)

Present: SHWARTZ, RESTREPO and AMBRO, Circuit Judges

1. Motion by Appellant LTL Management LLC to seal Joint Appendix Volume 10.

                            Respectfully,
                            Clerk/EAF

_____ORDER_____

The foregoing motion to seal is granted in part. As to the request to seal entire pages from two depositions, App. 6580-91, because public disclosure of at least some of the information on those pages would not cause a clearly defined and serious injury, see Publicker Indus., Inc. v. Cohen, 733 F.2d 1059, 1071 (3d Cir. 1984) (stating that the party seeking to seal bears the burden of showing that "the material is the kind of information that courts will protect" and that "disclosure will work a clearly defined and serious injury to the party seeking closure."), no later than January 3, 2024, the parties shall file on the public docket the portions of those pages the disclosure of which would not result in a clearly defined and serious injury. The remaining portions of Volume 10 shall be sealed but nothing herein prevents the Court from using any information contained in Volume X in public proceedings and its filings.

                            By the Court,

                            s/Thomas L. Ambro
                            Circuit Judge

Dated: December 19, 2023
EAF/cc:     All Counsel of Record