Nos. 23-2971, 23-2972

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

IN RE: LTL MANAGEMENT LLC,
*Debtor.*

LTL MANAGEMENT LLC AND
THE AD HOC COMMITTEE OF SUPPORTING COUNSEL,
*Appellants*,

v.

THE OFFICIAL COMMITTEE OF TALC CLAIMANTS, *et al.*,
*Appellees.*

On Appeal from the U.S. Bankruptcy Court for the District of New Jersey,
No. 23-12825

REDACTD EXCERPT OF JOINT APPENDIX
VOLUME 10 OF 13 (Pages A6578 to A6591)

Gregory M. Gordon
JONES DAY
2727 North Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 220-3939
E-mail: gmgordon@jonesday.com

Noel J. Francisco
C. Kevin Marshall
Audrey Beck
Brett J. Wierenga
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
E-mail: njfrancisco@jonesday.com
E-mail: ckmarshall@jonesday.com

*Counsel for Debtor-Appellant*
*LTL Management LLC*

**JOINT APPENDIX**
**TABLE OF CONTENTS**

**VOLUME 1**
**IN COMPLIANCE WITH LOCAL RULE 32.2(c)**

| ITEM | D.I. NO. | DESCRIPTION | APPENDIX PAGE |
|---|---|---|---|
| | | **VOLUME 1** | |
| | | **DOCUMENTS FILED IN CASE NO. 23-12825-MBK (BANKRUPTCY CASE)** | |
| 1. | 1127 | Memorandum Opinion | A1 |
| 2. | 1211 | Order (I) Dismissing Debtor's Chapter 11 Petition Pursuant to 11 U.S.C. § 1112(b); (II) Establishing Procedures With Respect to Requests for Compensation; and (III) Granting Related Relief | A40 |
| 3. | 1262 | LTL Management LLC Notice of Appeal (omitting declaration and exhibits) | A51 |
| 4. | 1306 | The Ad Hoc Committee of Supporting Counsel Notice of Appeal (omitting declaration and exhibits) | A54 |
| 5. | 1310 | Joint Certification to the Court of Appeals by All Appellants and Appellees | A57 |
| 6. | 1395 | Order Certifying Direct Appeal to the United States Court of Appeals for the Third Circuit | A63 |
| | | **DOCUMENTS FILED IN THIRD CIRCUIT CASE NO. 23-8045** | |
| 7. | 19 | Grant of Permission for Leave to Appeal Pursuant to 28 U.S.C. Section 158(d)(2)(A) | A67 |

**VOLUMES 2 – 5**
**DOCUMENTS FILED IN CASE NOS. 23-12825-MBK,**
**23-01092-MBK, and 21-30589-MBK**

| DOCUMENTS FILED IN CASE NO. 23-12825 -MBK | | | |
|---|---|---|---|
| ITEM | D.I. NO. | DESCRIPTION | APPENDIX PAGE |
| | | **VOLUME 2** | |
| 8. | -- | Docket | A69 |

| 9. | 4 | Declaration of John K. Kim in Support of First Day Pleadings | A204 |
|---|---|---|---|
| 10. | 262 | Apr. 18, 2023 Hearing Transcript | A330 |
| 11. | 263 | Apr. 20, 2023 Hearing Transcript | A340 |
| 12. | 470 | Verified Statement of Paul Hastings LLP, Cole Schotz P.C., and Parkins & Rubio LLP Pursuant to Bankruptcy Rule 2019 | A357 |
| **VOLUME 3** | | | |
| | 470 | Verified Statement of Paul Hastings LLP, Cole Schotz P.C., and Parkins & Rubio LLP Pursuant to Bankruptcy Rule 2019 (cont'd) | |
| 13. | 477 | May 9, 2023 Hearing Transcript | A1746 |
| 14. | 537 | May 16, 2023 Hearing Transcript | A1753 |
| 15. | 807 | First Supplemental Verified Statement of Paul Hastings LLP, Cole Schotz P.C. and Parkins & Rubio LLP Pursuant to Bankruptcy Rule 2019 | A1759 |
| **VOLUME 4** | | | |
| 16. | 912 | Amended Chapter 11 Plan of Reorganization of LTL Management LLC | A1790 |
| 17. | 933 | June 27, 2023 Hearing Transcript | A1988 |
| 18. | 956 | June 28, 2023 AM Hearing Transcript | A2286 |
| 19. | 957 | June 28, 2023 PM Hearing Transcript | A2455 |
| **VOLUME 5** | | | |
| 20. | 968 | June 29, 2023 AM Hearing Transcript | A2654 |
| 21. | 969 | June 29, 2023 PM Hearing Transcript | A2787 |
| 22. | 977 | June 30, 2023 Hearing Transcript | A2946 |
| **DOCUMENTS FILED IN CASE NO. 23-01092-MBK (ADVERSARY PROCEEDING)** | | | |
| 23. | 104 | Motion of Ad Hoc Committee of Supporting Counsel to Intervene | A3128 |
| 24. | 138 | Order Granting Motion of Ad Hoc Committee of Supporting Counsel to Intervene in the Adversary Proceeding | A3142 |
| 25. | 184 | Notice of Filing of Certifications of Members of Ad Hoc Committee of Supporting Counsel Pursuant to Order Granting Motion of the Ad Hoc Committee of Supporting Counsel to Intervene in the Adversary Proceeding | A3151 |

| DOCUMENTS FILED IN CASE NO. 21-30589-MBK (THE PRIOR BANKRUPTCY CASE) | | | |
|---|---|---|---|
| 26. | 3 | Informational Brief of LTL Management LLC | A3224 |
| 27. | 5 | Declaration of John K. Kim in Support of First Day Pleadings | A3229 |
| 28. | 174-77 | Oct. 22, 2021 Hearing Recording | A3283 |
| 29. | 178 | Oct. 20, 2021 Hearing Transcript | A3284 |
| 30. | 390 | Nov. 4, 2021 Hearing Transcript | A3304 |
| 31. | 391 | Nov. 5, 2021 Hearing Transcript | A3344 |
| 32. | 416 | Order Transferring Case to the District of New Jersey | A3354 |
| 33. | 1481 | Feb. 14, 2022 Hearing Transcript | A3379 |
| 34. | 1494 | Feb. 15, 2022 Hearing Transcript | A3387 |
| 35. | 1518 | Feb. 16, 2022 Hearing Transcript | A3396 |
| 36. | 1553 | Feb. 18, 2022 Hearing Transcript | A3404 |

## VOLUMES 5 – 9
## EXHIBITS ADMITTED OR PREPARED FOR ADMISSION AT TRIAL[1]

| ITEM | TRIAL EX. NO. | DESCRIPTION | APPENDIX PAGE |
|---|---|---|---|
| MOVANTS' EXHIBITS | | | |
| VOLUME 5 (cont'd) | | | |
| 37. | 2 | Form 10-Q for 3Q 2021 | A3413 |
| 38. | 9 | Oct. 11, 2021 Internal Approval Request for Restructuring of JJCI – Memo of Approval | A3416 |
| 39. | 26 | Nov. 12, 2021 J&J Press Release Re: Johnson & Johnson Announces Plans to Accelerate Innovation, Serve Patients and Consumers, and Unlock Value through | A3418 |

---

[1]     Movants' and Debtor's exhibits were admitted per the Evidentiary Stipulation for Hearing on the Motions to Dismiss Debtor's Bankruptcy Case [Dkt. 852], the Joint Stipulation Regarding the Admission of Certain Evidence at Trial [Dkt. 955] and the Joint Stipulation and Agreed Order Regarding the Admission of Exhibits and Deposition Designations in Connection With the Motion to Dismiss Hearing [Dkt. 1100]. Certain exhibits were admitted for a limited purpose or remain under seal, as noted herein.

| | | Intent to Separate Consumer Health Business | |
|---|---|---|---|
| 40. | 259 | Verdict Form, *Leavitt v. Johnson & Johnson*, Case No. RG17882401 (Cal. Super. Ct., Alameda Cnty. Mar. 13, 2019) | A3424 |
| 41. | 262 | Verdict Form, *Patricia Schmitz v. Johnson & Johnson et al*, California Superior Court, Alameda County, Case No. RG189231615; June 12, 2019. | A3425 |
| 42. | 263 | Jury Verdict Sheets - Amended, *Barden v. Johnson & Johnson*, Case No. MID-L-1809-17 (AS) (N.J. Super. Ct., Middlesex Cnty. Sept. 11, 2019) | A3435 |
| 43. | 265 | Phase 2 Verdict Transcript, *Douglas and Roslyn Barden, et al., v. Brenntag North America, et al.*, New Jersey Superior Court, Middlesex County, Docket No.: MID-1809-17AS; February 6, 2020. | A3437 |
| 44. | 267 | Verdict Form, *Prudencio v. Johnson & Johnson*, Case No. RG20061303 (Cal. Super. Ct., Alameda Cnty. Aug. 23, 2021) | A3458 |
| 45. | 268 | Verdict on Punitive Damages, *Christina Prudencio v. Johnson & Johnson, et al.*, California Superior Court, Alameda Co., Case No. RG20061303; August 27, 2021. | A3460 |
| 46. | 270 | Johnson & Johnson's Motion for Entry of Order Modifying Automatic Stay, *In re Imerys Talc America, Inc., et al.*, Dist. Del. Bankr., 19-10289, Doc. No. 1567; March 20, 2020. | A3461 |
| 47. | 271 | Johnson & Johnson's Omnibus Reply in Support of J&J's Motion for Entry of Order Modifying Automatic Stay, *In re: Imerys Talc America, Inc., et al.*, Dist. Del. Bankr., 19-10289, Doc. No. 1769; May 28, 2020. | A3468 |
| 48. | 284 | J&J Worldwide Financial Procedures | A3476 |
| 49. | 300 | Email re: Plato | A3480 |
| 50. | 377 | Jan. 28, 2022 Expert Report of Matthew Diaz | A3484 |

| 51. | 503.01 | Anderson Judgment | A3487 |
|---|---|---|---|
| 52. | 503.02 | Barden, Etheridge, McNeil, and Roning Judgments | A3501 |
| 53. | 503.05 | Dividend Increase | A3517 |
| 54. | 503.08 | Fox Judgment | A3518 |
| 55. | 503.09 | Giannecchini Verdict | A3521 |
| 56. | 503.12 | Johnson Judgment | A3529 |
| **VOLUME 6** | | | |
| 57. | 503.13 | Leavitt Judgment | A3540 |
| 58. | 503.17 | Moure-Cabrerra Judgment | A3561 |
| 59. | 503.19 | Prudencio Judgment | A3564 |
| 60. | 503.21 | Ristesund Judgment | A3584 |
| 61. | 503.27 | Schmitz Judgment | A3587 |
| 62. | 503.28 | Slempt Judgment | A3627 |
| 63. | 558 | Compilation Exhibit reflecting verdicts in talc litigation | A3632 |
| 64. | 559 | Declaration of Alexandria Picard, chief financial officer of the Debtors in Support of Chapter 11 Petitions and First Day Pleadings, *In re Imerys Talc America, Inc., et al.* (Bankr. Del. 19-10289), Dkt. 10 | A3633 |
| 65. | 600.33 | January 6, 1989 Agreement Between Cyprus Mines Corp. and Johnson & Johnson | A3712 |
| 66. | 600.043 | Johnson & Johnson Medical Safety Counsel Charter, dated April 19, 2013 | A3715 |
| 67. | 600.044 | Johnson & Johnson Medical Safety Counsel Charter, dated April 10, 2014 | A3719 |
| 68. | 600.045 | Johnson & Johnson Medical Safety Counsel Charter, dated July 27, 2015 | A3722 |
| 69. | 600.050 | Lisman Dec. 20, 2021 Declaration | A3728 |
| 70. | 600.052 | Johnson & Johnson Baby Products Company Action Authorized by Unanimous Consent of Shareholder, dated July 21, 1981, attaching Agreement for Transfer of Assets and Bill of Sale, dated July 27, 1981, between Johnson & Johnson Baby Products Company and Omni Education Corporation | A3734 |
| 71. | 600.054 | Agreement for Transfer of Assets and Bill of Sale, dated January 3, 1988, between | A3737 |

| | | Johnson & Johnson Baby Products Company (renamed Johnson & Johnson Orthopaedics) and Johnson & Johnson Dental Products (renamed Johnson & Johnson Consumer Products, Inc.) | |
|---|---|---|---|
| 72. | 600.060 | Asset Purchase Agreement among Johnson & Johnson Consumer Companies, Inc. and Valeant Pharmaceutics International, Inc., dated September 9, 2012 | A3739 |
| 73. | 600.064 | Johnson & Johnson Worldwide Financial Procedures, 330Ba - Legal Fees, last revised March 2005 | A3744 |
| 74. | 600.065 | Johnson & Johnson 10-K, dated January 2, 1977 | A3748 |
| 75. | 600.066 | Johnson & Johnson 10-K, dated December 30, 1979 | A3752 |
| 76. | 600.068 | Johnson & Johnson 10-K, dated January 1, 1978 | A3754 |
| 77. | 600.069 | Johnson & Johnson 10-K, dated December 31, 1978 | A3757 |
| 78. | 600.070 | Excerpt from 1985 Annual Report | A3759 |
| 79. | 600.071 | Excerpt from 1986 Annual Report | A3760 |
| 80. | 600.072 | Excerpt from 1989 Annual Report | A3761 |
| 81. | 601.001 | *Barden et al. v. Brenntag et al*. Transcript 7/22/2019 | A3762 |
| 82. | 601.002 | *Herford v. AT&T Corp. et al*. Transcript 10/30/2017 | A3765 |
| 83. | 601.003 | John Hopkins, Ph.D. Apr. 11, 2018 Dep. Tr. | A3768 |
| 84. | 601.004 | John Hopkins Deposition Transcript 1/28/2019 | A3773 |
| 85. | 601.012 | J&J "What We Know" Advertisement Review Email 12/17/2018 | A3776 |
| 86. | 601.013 | J&J Letter to U.S. House Subcommittee 3/11/2019 | A3778 |
| 87. | 601.014 | J&J CEO Alex Gorsky Twitter Video December 2018 | A3782 |
| 88. | 601.015 | CNN "Mad Money" Screenshot Featuring J&J CEO Alex Gorsky | A3783 |

| 89. | 601.040 | JJBPC Shareholder Meeting and APA re: Omni Transfer 7/21/1981 | A3787 |
|---|---|---|---|
| 90. | 601.041 | JJBPC and J&J Dental APA 1/3/1988 | A3795 |
| 91. | 601.044 | J&J 1979 Annual Report | A3800 |
| 92. | 601.045 | J&J 1980 Annual Report | A3802 |
| 93. | 601.050 | J&J & Cyprus Mines Agreement 1/6/1989 | A3805 |
| 94. | 601.159 | *Barden v. Brenntag North America*, No. MID-1809-17AS (ACV), Dkt. 9736, 88 (D.N.J. May 7, 2019) | A3808 |
| 95. | 601.168 | What you need to know about the new JJ Medical Safety Standard | A3811 |
| 96. | 601.173 | 2018 Draft Screening Assessment on Talc - Health Canada | A3824 |
| 97. | 601.174 | 2021 Final Screening Assessment on Talc - Health Canada | A3826 |
| 98. | 601.201 | Schmitz Jury Verdict Sheets | A3831 |
| 99. | 601.202 | Leavitt Jury Verdict Sheets | A3864 |
| 100. | 601.203 | Prudencio Jury Verdict Sheets | A3889 |
| 101. | 601.205 | Oct. 31, 2021 Schirger-Ward Dep. Tr. | A3905 |
| 102. | 601.206 | Oct. 30, 2021 Lisman Dep. Tr. | A3921 |
| 103. | 602.002 | Excerpts from Dr. Joanne Waldstreicher's sworn deposition testimony in (i) *Ingham v. Johnson & Johnson*, No. 1522-CC10417, on April 19, 2018, in the Circuit Court of the City of St. Louis in the State of Missouri, and (ii) *Leavitt v. Johnson & Johnson*, No. RG-17-882401, on September 14, 2018, in the Superior Court of California, County of Alameda | A3936 |
| 104. | 603.001 | Oct. 31, 2021 Kim Dep. Tr. | A3944 |
| 105. | 603.002 | Brochure titled "What you want to know about JOHNSON'S Baby Powder," copyright Johnson & Johnson, 1976 | A3948 |
| 106. | 603.003 | Document titled "Johnson & Johnson Baby Powder Questions and Answers" marked Confidential, December 1985 | A3951 |
| 107. | 603.005 | Transcript of deposition of Danielle Devine taken on January 19, 2021 in *Pulido v. Johnson and Johnson* | A3956 |

| 108. | 603.017 | Memorandum of Law in Support of Johnson & Johnson's and Johnson & Johnson Consumer Inc.'s Motion to Fix Venue for Claims Related to Imerys's Bankruptcy Under 28 U.S.C. §§ 157 (b)(5) and 1334(b), *In re Imerys Talc America, Inc., et al.* (D. Del. 19-MC-00103), Dkt. 2 ("Motion to Fix Venue") | A3970 |
| --- | --- | --- | --- |
| 109. | 603.018 | Reply Memorandum of Law in Support of Johnson & Johnson's and Johnson & Johnson Consumer Inc.'s Motion to Fix Venue for Claims Related to Imerys's Bankruptcy Under 28 U.S.C. §§ 157(b)(5) and 1334(b), *In re Imerys Talc America, Inc., et al.* (D. Del. 19-MC-00103), Dkt. 81 | A3973 |
| 110. | 604.005 | Excerpts from Dr. John Hopkins' sworn trial testimony on July 30, 2019 in *Hayes v. Colgate-Palmolive Co.*, No. 16-CI-03503, in the Jefferson Circuit Court of Kentucky | A3978 |
| 111. | 604.006 | Excerpts from Dr. Hopkins' sworn deposition testimony on October 1, 2019 in *O'Hagan v. Johnson & Johnson* in the Superior Court of California, County of Alameda | A3986 |
| 112. | 604.007 | Excerpts from Dr. Hopkins' sworn deposition testimony on September 27, 2018 in *Leavitt v. Johnson & Johnson* in the Superior Court of California, County of Alameda | A3992 |
| 113. | 604.008 | Excerpts from Dr. Susan Nicholson's sworn deposition testimony on September 22, 2020 in *Monroe v. Johnson & Johnson*, No. 2018RCSC01222, in the State Court of Richmond County, State of Georgia | A3999 |
| 114. | 760 | Chapter 11 Plan of Reorganization of LTL Management LLC | A4008 |
| 115. | 761 | June 14, 2023 Pulaski Dep. Tr. | A4010 |
| 116. | 763 | Onder Law Article ($8.9 Billion J&J Talc Resolution: Questions and Answers) | A4017 |

| 117. | 764 | Plan Support Agreement signed by Mikal Watts | A4021 |
|---|---|---|---|
| 118. | 766 | Watts LTL/J&J Deposition Prep Notes | A4032 |
| 119. | 768 | Transcript of Oral Argument Before Third Circuit | A4034 |
| 120. | 770 | June 1, 2023 Kim Dep. Tr. | A4039 |
| 121. | 772 | June 7, 2023 Haas Dep. Tr. | A4044 |
| 122. | 776 | May 24, 2023 Nachawati Dep. Tr. | A4051 |
| 123. | 785 | April 28, 2023 J&J Form 10-Q | A4083 |
| 124. | 792 | 2021 Funding Agreement | A4086 |
| 125. | 800 | Mar. 16, 2023 Minutes of LTL's Board of Managers | A4107 |
| 126. | 801 | Mar. 28, 2023 Minutes of LTL's Board of Managers | A4109 |
| 127. | 802 | Mar. 28, 2023 Presentation to Board of Managers of LTL Management | A4114 |
| 128. | 804 | Apr. 2, 2023 Minutes to Board of Managers of LTL Management | A4141 |
| 129. | 805 | Apr. 2, 2023 Presentation to Board of Managers of LTL Management | A4155 |
| 130. | 830 | OnderLaw Criteria for Referring Attorneys | A4167 |
| 131. | 832 | June 8, 2023 Onder Dep. Ex. 7 | A4168 |
| 132. | 858 | March Monthly Operating Report, Case No. 21-30589-MBK, Dkt. 3948-1 | A4170 |
| 133. | 863 | May 30, 2023 Wuesthoff Dep. Tr. | A4173 |
| 134. | 876 | Expert Report of Saul E. Burian | A4177 |
| 135. | 892 | May 31, 2023 Dickinson Dep. Tr. | A4248 |
| 136. | 904 | Transcript of 341 Meeting of Creditors Before Linda Richenderfer, Esq. Office of the U.S. Trustee | A4251 |
| 137. | 909 | Dec. 22, 2021 Wuesthoff Dep. Tr. | A4256 |
| 138. | 913 | Supplemental Declaration of John K. Kim in Support of Debtor's Complaint for Declaratory and Injunctive Relief and Related Motions | A4259 |
| 139. | 923 | Johnson & Johnson Form 10-K- Annual Report for FY ending Jan. 2, 2022 | A4262 |
| 140. | 924 | Johnson & Johnson Form 10-K- Annual Report for FY ending Jan. 1, 2023 | A4265 |

| 141. | 951 | Apr. 14, 2023 Kim Dep. Tr. | A4268 |
|---|---|---|---|
| 142. | 952 | April 15, 2023 Pulaski Dep. Tr. | A4274 |
| 143. | 953 | Apr. 16, 2023 Murdica Dep. Tr. | A4279 |
| 144. | 955 | Dickinson PI Dep. Tr. | A4286 |
| 145. | 966 | Rave Report | A4289 |
| 146. | 967 | Rave Rebuttal Report | A4324 |
| 147. | 980 | Furgeson Report | A4330 |
| 148. | 1012 | Onder June 20, 2023 Litigation Update | A4352 |
| 149. | 1016 | J.P. Morgan - Johnson & Johnson: Quick Thoughts on Today's Talc Update (North America Equity Research) (JPM-0000001) | A4353 |
| 150. | 1018 | May 30, 2023 Hearing Tr. | A4354 |
| 151. | 1019 | June 2, 2023 Hearing Tr. | A4357 |
| 152. | 1020 | June 13, 2023 Hearing Tr. | A4371 |
| 153. | 1022 | OnderLaw Talc Litigation Update | A4377 |
| 154. | 1073 | June 23, 2023  Direct Declaration of John K. Kim | A4378 |
| 155. | 1075 | MTD Direct Declaration of Richard Dickinson | A4385 |
| 156. | 1077 | MTD Direct Declaration of Robert Wuesthoff | A4389 |
| 157. | 1078 | Exhibit A to MTD Direct Declaration of Robert Wuesthoff (Agreement for Transfer of Assets and Bill of Sale) | A4393 |
| **VOLUME 7** | | | |
| 158. | 1081 | Termination and Substitution Agreement | A4402 |
| 159. | 1082 | 2023 Funding Agreement | A4410 |
| 160. | 1083 | J&J Support Agreement | A4428 |
| 161. | 1087 | Feb. 23, 2023 Minutes of LTL's Board of Managers | A4443 |
| 162. | 1112 | Rebuttal Report of Saul E. Burian | A4445 |
| 163. | 1113 | Jan. 31, 2022 Kim Dep. Tr. | A4501 |
| 164. | 1118 | Onder Decl. | A4508 |
| 165. | 1119 | Lisman June 23, 2023 Decl. | A4510 |
| **DEBTOR'S EXHIBITS** | | | |
| 166. | D-1 | Declaration of John K. Kim (June 23, 2023) (sans exhibits) | A4515 |
| 167. | D-3 | Robert Wuesthoff Direct Testimony Declaration and Exhibits G, H, and I | A4537 |

| 168. | D-5 | James Murdica Direct Testimony Declaration and Exhibits | A4589 |
| 169. | D-6 | Mikal Watts Direct Testimony Declaration and Exhibits | A4615 |
| **VOLUME 8** | | | |
| | D-6 | Mikal Watts Direct Testimony Declaration and Exhibits (cont'd) | A5316 |
| 170. | D-7 | James Onder Direct Testimony Declaration and Exhibits | A5559 |
| **VOLUME 9** | | | |
| 171. | D-64 | Expert Report of Charles H. Mullin, Ph.D. | A6164 |
| 172. | D-65 | Rebuttal Expert Report of Charles H. Mullin, Ph.D. | A6282 |
| 173. | D-66 | Expert Report of Gregory K. Bell, Ph.D. | A6316 |
| 174. | D-67 | Supplemental Expert Report of Gregory K. Bell, Ph.D. | A6416 |
| 175. | D-198 | Group Holdings Ownership Structure (2022) | A6424 |
| 176. | D-199 | J&J HoldCo (NA) Org Chart (February 2022) | A6425 |
| 177. | D-385 | Royalty A&M five-year cashflow projection | A6426 |
| 178. | D-386 | HoldCo Organizational Chart (February 2023) | A6427 |
| 179. | D-387 | HoldCo Legal Entities and Valuations | A6428 |
| 180. | D-389 | KGMP Summary of GH BioTech Legal Entities Fair Market Value | A6429 |
| 181. | D-390 | HoldCo Dividends | A6439 |
| 182. | D-481 | TCC's Verified Responses and Objections to the Debtor's First Set of Interrogatories | A6444 |
| 183. | D-552 | TCC's Professionals' Time Expended on Claims Estimation | A6467 |

**VOLUME 10**
**EXHIBITS FILED UNDER SEAL**

| ITEM | TRIAL EX. NO. | DESCRIPTION | APPENDIX PAGE |
|---|---|---|---|
| **MOVANTS' EXHIBITS** | | | |
| **VOLUME 10** | | | |
| 184. | 68 | JJCI Valuation | A6468 |

| 185. | 309 | Ovarian, Meso/Asbestos, Other Litigation Cost Chart | A6470 |
|------|-----|------|------|
| 186. | 600.036 | Asset Purchase Agreement between Johnson & Johnson Consumer Companies, Inc. and Pharma Teach Industries, Inc., dated Apr. 4, 2005 | A6472 |
| 187. | 600.037 | Manufacturing and Supply Agreement between Johnson & Johnson Consumer Companies, Inc. and Pharma Teach Industries, Inc., dated Aug. 29, 2005 | A6474 |
| 188. | 600.041 | Indemnification agreement between Bausch Health Companies (f/k/a Valeant Pharmaceuticals International, Inc.) and Johnson & Johnson Consumer, Inc., dated Sept. 9, 2012. | A6549 |
| 189. | 600.046 | Consumer Medical Safety Counsel Operational Charter, dated June 26, 2017 | A6557 |
| 190. | 600.047 | Consumer Medical Safety Counsel Operational Charter, dated June 28, 2018 | A6559 |
| 191. | 600.048 | Consumer Medical Safety Counsel Operational Charter, dated March 6, 2019 | A6563 |
| 192. | 600.060 | Asset Purchase Agreement among Johnson & Johnson Consumer Companies, Inc. and Valeant Pharmaceutics International, Inc., dated September 9, 2012 | A6567 |
| 193. | 600.081 | Johnson & Johnson Medical Safety Standard | A6572 |
| 194. | 827 | May 30, 2023 Birchfield Dep. Tr. | A6578 |
| 195. | 957 | Apr. 17, 2023 Birchfield Dep. Tr. | A6588 |
| **DEBTOR'S EXHIBITS** | | | |
| 196. | D-70 | Mullin Reliance Materials | A6592 |
| 197. | D-90 | Mullin Reliance Materials (Master Settlement Agreement between Johnson & Johnson and Johnson & Johnson Consumer, Inc. and The Lanier Law Firm PC, Hovde Dassow + Deets, and Holland Law firm (December 30, 2020)) | A6593 |
| 198. | D-183 | Term Sheet with Exhibit A | A6628 |

**VOLUMES 11-13**
**FURTHER EXHIBITS ADMITTED AT TRIAL**

| ITEM | TRIAL EX. NO. | DESCRIPTION | APPENDIX PAGE |
|------|------|------|------|
| | | **DEBTOR'S EXHIBITS** | |
| | | **VOLUME 11** | |
| 199. | D-1 | Exhibits A through V to Declaration of John K. Kim (June 23, 2023) | A6629 |
| | | **VOLUME 12** | |
| | D-1 | Exhibits A through V to Declaration of John K. Kim (June 23, 2023) (cont'd) | A7399 |
| | | **VOLUME 13** | |
| | D-1 | Exhibits A through V to Declaration of John K. Kim (June 23, 2023) (cont'd) | A8189 |

# Birchfield, Andrew (05.30.2023)

Volume 1 - 05/30/2023

Condensed Proceeding with Highlighted Clips
Printed 06/26/2023 04:23PM CDT

CONFIDENTIAL



| | |
|---|---|
| Movants' Counter-Designations | Movants' Objections |
| Movants' Affirmative Designations | Objectors' Affirmative Designations |

01: UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CASE NO. 23-12825 (MBK)
CHAPTER 11
_____ )
)
IN RE:                 )
)
LTL MANAGEMENT LLC BANKRUPTCY,  )
)
Debtor.              )
02: _____ )
03:
04:
05:
  ** CONFIDENTIAL **
06:
_____
07:
08: REMOTE VIDEO RECORDED EXAMINATION OF
09: ANDREW BIRCHFIELD
10: _____
11: TAKEN ON
12:
  TUESDAY, MAY 30, 2023
13:
14:
  CERTIFIED STENOGRAPHER:
15: JESSIE WAACK, RDR, CRR, CCRR, NYRCR, NYACR,
CCR-NJ (No. 30XI008238700), CSR-TX (No. 11958)
16: CCR-WA (No. 21007264), CSR-CA (No. 14420),
REALTIME SYSTEMS ADMINISTRATOR

p. 00001

01:
02:
03: REMOTE VIDEO RECORDED
04: EXAMINATION of ANDREW BIRCHFIELD, taken
05: before JESSICA R. WAACK, Registered
06: Professional Reporter, Registered Merit
07: Reporter, Certified Realtime Reporter,
08: Registered Diplomate Reporter, California
09: Certified Realtime Reporter, New Jersey
10: Certified Court Reporter (License No.
11: 30XI008238700); Texas Certified Shorthand
12: Reporter (License No. 11958); Washington
13: State Certified Court Reporter (License
14: No. 21007264); California Certified
15: Shorthand Reporter (License No. 14420);
16: New York Association Certified Reporter,
17: New York Realtime Court Reporter and
18: Notary Public of Washington, D.C. and the
19: States of New York, Pennsylvania,
20: Delaware, Maryland and Virginia, held
21: remotely via a videoconference platform,
22: on Tuesday, May 30, 2023, commencing at
23: 4:08 p.m. EDT and concluding at
24: 6:19 p.m. EDT.
25:

p. 00002

17: JOB NO.: 899266

p. 00001a

01: A P P E A R A N C E S
02: (all appearing remotely)
03:
04: ON BEHALF OF THE COMMITTEE:
05: BROWN RUDNICK
06: BY:  MICHAEL WINOGRAD, ESQ.
07: BY:  ALEX KASNETZ, ESQ.
08: BY:  CAMERON MOXLEY, ESQ.
09: BY:  SUSAN SIEGER-GRIMM, ESQ.
10: BY:  SUNNI BEVILLE, ESQ.
11: BY:  MICHAEL REINING, ESQ.
12: BY:  DAVID WEINSTEIN, ESQ.
13: BY:  JENNIFER SCHEIN, ESQ.
14:
15: ON BEHALF OF THE WITNESS:
16: BEASLEY ALLEN
17: BY:  LEIGH O'DELL, ESQ.
18:
19: ON BEHALF OF THE DEBTOR LTL MANAGEMENT:
20: JONES DAY
21: BY:  DAVID TORBORG, ESQ.
22: BY:  GEOFFREY N. GOTTBRECHT, ESQ.
23:
24:
25:

p. 00003

Page 1

Birchfield, Andrew (05.30.2023)  - Volume 1 - 05/30/2023

---

01: A P P E A R A N C E S
02: (all appearing remotely)
03:
04: OFFICE OF THE UNITED STATES TRUSTEE FOR
05: THE UNITED STATES TRUSTEE, ANDREW R. VARA:
06: BY:  LINDA RICHENDERFER, ESQ.
07: BY:  LAUREN BIELSKIE, ESQ.
08:
09: ON BEHALF OF THE AD HOC COMMITTEE OF
10: STATES HOLDING CONSUMER PROTECTION CLAIMS:
11: WOMBLE BOND DICKINSON (US) LLP
12: BY:  ERIKA JOHNSON, ESQ.
13:
14: ON BEHALF OF THE U.S. TRUSTEE PROGRAM:
15: ATTORNEY GENERAL
16: BY:  JEFFREY M. SPONDER, ESQ.
17:
18: ON BEHALF OF THE AD HOC COMMITTEE OF
19: SUPPORTING COUNSEL:
20: PAUL HASTINGS
21: BY:  RYAN MONTEFUSCO, ESQ.
22: BY:  WILLIAM K. WHITNER, ESQ.
23:
24:
25:

p. 00004

---

01: A L S O   P R E S E N T
02:
03: ADYLINE GARCIA, videographer
04: CHRIS TISI
05: CAMERON STEPHENSON
06: JEFF CARHART
07: DAN STOLZ
08: DAVID WEINSTEIN
09: GERARD CICERO
10: JAMES GREEN
11: JARED QUIGLEY, Simpson & Thacher
12: ANDREW KARP, Skadden Arps
13: JIM MURDICA
14: KENDRA LOUNSBERRY, Barnes & Thornburg
15: LISA TANCREDI
16: RICHARD GOLOMB, Golomb Law (phonetic)
17: MITCHELL MALZBERG, Law Offices of
18: Mitchell J. Malzberg
19: DOUGLAS vON OISTE
20: TRACY HUGES, Robinson Calcagnie
21: ZARINA PETERSON, Robinson Calcagnie
22: WILL SCHEFF
23: USAMA IBRAHIM, Massey & Gail
24: JACOB EISENBERG
25: RACHEL MOORE

p. 00006

---

01: A P P E A R A N C E S
02: (all appearing remotely)
03:
04: ON BEHALF OF JOHNSON & JOHNSON and JOHNSON
05: JOHNSON HOLDCO:
06: WHITE & CASE
07: BY:  JOSHUA WEEDMAN, ESQ.
08: BY:  KATHRYN KUETHMAN, ESQ.
09:
10: ON BEHALF OF SUE SOMMER-KRESSE, TCC MEMBER
11: MOTLEY RICE
12: BY:  JOHN BADEN, ESQ.
13:
14: ON BEHALF OF OFFICIAL COMMITTEE OF TALC
15: CLAIMANTS:
16: BY:  ADAM SILVERSTEIN, ESQ.
17: BY:  ROSELYN WU, ESQ.
18:
19: ON BEHALF OF OFFICIAL COMMITTEE OF TALK
20: CLAIMANTS:
21: OTTERBOURG PC
22: BY:  MICHAEL MAIZEL, ESQ.
23: BY:  JOHN BOUGIAMAS, ESQ.
24:
25:

p. 00005

---

01: A P P E A R A N C E S
02: ALSO PRESENT
03: (all appearing remotely)
04:
05: RACHEL MORSE
06: ERIK HAAS, J&J
07: TIM PETERSEN
08: DAVID A. CHANDLER
09: TED MEADOWS
10: TOM HEDUS
11: MICHELLE PARFITT
12: DAN STOLZ
13: ANDREW WHITE, J&J
14: GREG STARNER
15: CHARLES RUBIO, Parkins & Rubio
16: LENARD PARKINS
17: MAJED NACHAWATI
18:
19: --o0o--
20:
21:
22:
23:
24:
25:

p. 00007

Page 2

A6580

## Birchfield, Andrew (05.30.2023) - Volume 1 - 05/30/2023

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: MR. TORBORG: I'm having a hard
03: time hearing you. What did you say?
04: What did you ask me?
05: MS. O'DELL: What is the title of
06: the document?
07: MR. TORBORG: "Beasley
08: Allen/Arnold & Itkin Law Firms: On Eve
09: of J&J Bankruptcy Dismissal, Cancer
10: Victims Prepare to Enter Civil Court
11: System."
12: BY MR. TORBORG:
13: Q. Let me know when you've had a
14: chance to find that and when you've had a
15: chance to review it to the extent necessary
16: to tell me whether you recall it, and then
17: I'll have some questions.
18: MR. WINOGRAD: I'm handing the
19: witness a copy.
20: (Pause for reading/reviewing.)
21: THE WITNESS: Okay. I have it
22: and I've reviewed it.
23: BY MR. TORBORG:
24: Q. Mr. Birchfield, are you familiar
25: with this document?

p. 00064

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: going to instruct only to the extent
03: you can answer that without breaching
04: encrypted or confidential privilege.
05: THE WITNESS: Our partner is
06: colead of the MDL.
07: BY MR. TORBORG:
08: Q. And how would you describe what
09: phase the ovarian cancer MDL was in before
10: the LTL 1.0 bankruptcy?
11: MS. O'DELL: Objection to the
12: form. Vague.
13: And to the degree that you have
14: personal knowledge.
15: THE WITNESS: It's my
16: understanding that at the time the
17: LTL 1 bankruptcy was filed, that the --
18: you know, that the MDL was -- was
19: moving toward bellwether -- bellwether
20: trials and expert -- expert discovery
21: was ongoing. The defense experts were
22: just a few days after -- right around
23: the time that the -- J&J filed its
24: bankruptcy, the debtor filed its
25: bankruptcy.

p. 00066

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: A. I don't know that I saw it at the
03: time. I mean, I know that -- I know that a
04: statement was issued. I know that I was
05: forwarded it, but I don't -- I can't say
06: that I read it, the article in its entirety
07: before today.
08: Q. Okay. The first paragraph notes
09: that cancer victims will be asking state
10: courts and the judge in the federal talc
11: multidistrict litigation to immediately
12: resume civil court trials.
13: Do you see that?
14: A. I do.
15: Q. Okay. And at the time, was that
16: your understanding; that cancer victims
17: would be seeking to immediately resume
18: civil court cases against J&J and the
19: debtor relating to talc?
20: A. I'm sorry. I didn't mean to
21: interrupt you. Yes, that was my
22: understanding.
23: Q. And what is Beasley Allen's role
24: in the ovarian cancer MDL?
25: MR. WINOGRAD: Objection. I'm

p. 00065

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: BY MR. TORBORG:
03: Q. And do you have a sense for how
04: many bellwether trials were scheduled?
05: MR. WINOGRAD: Objection. Only
06: answer that to the extent you can do so
07: without revealing work product or
08: privilege.
09: THE WITNESS: I don't -- I
10: couldn't say with absolute certainty.
11: I think there was -- there have been
12: discussions of four to six bellwether
13: cases being set for trial, but I can't
14: say with certainty where it was at that
15: point.
16: BY MR. TORBORG:
17: Q. Do you have a view of whether the
18: resumption of the bellwether trials -- or
19: commencement of bellwether trials would
20: have resulted in a settlement of some or
21: all of the talc claims?
22: MS. O'DELL: Objection. That
23: seeks attorney work product, his mental
24: impressions, his view of the case,
25: strategy. And I will instruct him to

p. 00067

Page 17

A6581

Birchfield, Andrew (05.30.2023) - Volume 1 - 05/30/2023

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: not answer that question because it
03: seeks information protected by the
04: attorney-client privilege.
05: MR. TORBORG: Just note for the
06: record if he stands up and makes any
07: arguments about any of this at the
08: hearing and it's covered by my
09: questions, then I'm -- then we're going
10: to be moving to stop any argument from
11: Mr. Birchfield.
12: MR. WINOGRAD: Duly noted.
13: BY MR. TORBORG:
14: Q.  Do you recall being deposed on
15: April 17 by Mr. Haas and Ms. Brown in this
16: case?
17: A.  I do.
18: Q.  On page 24 of the transcript you
19: said, "Mr. Haas, you understood -- you
20: understand the evolution of a mass tort
21: case.  You know, earlier on, you know,
22: there was a significant discovery period.
23: And then you reach a point where you are --
24: you're trying more and more cases.  We were
25: reaching that point.  We were reaching the

p. 00068

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: MR. TORBORG:  I'm highlighting it
03: on the screen.
04: MS. O'DELL:  I'm sorry.  David,
05: did you say it was supposed to be on
06: the screen?
07: MR. TORBORG:  I thought so,
08: but...
09: MS. O'DELL:  We're not seeing it.
10: If you -- if you're suggesting it was
11: supposed to be on, I was just letting
12: you know it's not.
13: Okay.  We see it.
14: MR. TORBORG:  I guess I didn't
15: press the button "share."
16: MS. O'DELL:  Okay.
17: MR. TORBORG:  Now I have done so.
18: THE WITNESS:  I see it, David.
19: BY MR. TORBORG:
20: Q.  Okay.  What did you mean by
21: "tipping point"?
22: MR. WINOGRAD:  I'm just -- I'm
23: just going to state an objection.  I'll
24: let him answer.  But I want to state an
25: objection that you're literally just

p. 00070

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: tipping point when the first bankruptcy
03: hearing was filed."
04: MS. O'DELL:  Is there -- what
05: page are you reading from?
06: MR. TORBORG:  Page 54.
07: MS. O'DELL:  54?  I'm sorry.  I
08: couldn't hear you.  54?
09: MR. TORBORG:  5-4.
10: MS. O'DELL:  5-4.  So wait just a
11: moment.  We're going to put the
12: deposition in front of
13: Mr. Birchfield --
14: MR. WINOGRAD:  Do you have a copy
15: of the deposition to put up on the
16: screen?  Because I only have one with
17: my own writing on it.  That's a lot for
18: him to remember if you're going to ask
19: him a question.
20: THE WITNESS:  I'm getting it to
21: review.
22: MR. WINOGRAD:  What tab is it?
23: MR. TORBORG:  Tab 5.
24: MR. WINOGRAD:  He's got it in
25: front of him now.

p. 00069

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: asking him to follow up on questions
03: you could have followed up on in the
04: previous deposition.
05: MR. TORBORG:  Coming from the guy
06: who was asking the same questions of
07: Mr. Murdica earlier --
08: MR. WINOGRAD:  Actually --
09: MR. TORBORG:  -- that's rich.
10: BY MR. TORBORG:
11: Q.  But go ahead, Mr. Birchfield.
12: MR. WINOGRAD:  Well, since
13: you're --
14: MR. TORBORG:  Please stop --
15: (Simultaneous unreportable
16: crosstalk occurs among parties.)
17: MR. TORBORG:  I'm asking you the
18: same question.
19: MR. WINOGRAD:  And I didn't do
20: that with Murdica.
21: And at this time, the Murdica
22: deposition is already over.
*Movants' Objections Speculation; Hypothetical*
23: THE WITNESS:  So if you -- I was
24: talking about mass tort, you know,
25: practice in general, and it was

p. 00071

Page 18

A6582

## Birchfield, Andrew (05.30.2023) - Volume 1 - 05/30/2023

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: applicable in this case as well, though
03: you -- in the -- you know, in 2016 you
04: had a -- you had a series of cases.
05: And, you know, one case being tried,
06: you know, at a time in a venue.  You
07: had the MDL that was progressing, you
08: know, in a different pace coming
09: through the Daubert decisions.
10: But once -- once a -- once a mass
11: tort gains in maturity, then you are --
12: then you reach a point where more and
13: more cases are being set for -- you
14: know, for trial.
15: And that's the -- that's the
16: point that the talc litigation was in,
17: in October of 2021.
18: So in October of 2021, we were
19: looking at -- at having a significantly
20: increased number of trials set for, you
21: know, the following 12 to 18 months in
22: various, you know, state court
23: litigations.
24: You've got the -- the JCCP, the
25: coordinated litigation in California,

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: that was progressing.  There had been
03: an appeal that had gone up and come
04: back down.  The court there was moving
05: cases forward to a trial.
06: We had cases in Florida that were
07: being set.  You had cases in Georgia
08: that were being set.  You had cases in
09: Philadelphia that were being set in
10: addition to moving toward the -- the
11: MDL bellwether.
12: So all of this is in the context
13: of saying you only have -- you only
14: have, you know, a handful of cases that
15: go to trial each year, and that -- that
16: is a -- an inaccurate, you know,
17: representation of the status of this
18: litigation at that point when the
19: bankruptcy was filed in October 2020.
20: BY MR. TORBORG:
21: Q.  So you expect that but for the
22: LTL 1.0 bankruptcy, LTL would have been
23: facing a significant number of -- a
24: significantly increased number of trials?
25: Is that what you're getting at?

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: A.  I mean --
03: MS. O'DELL:  Object to the form.
*Movants' Objections Speculation; Hypothetical*
04: THE WITNESS:  But for, you know,
05: J&J entering into the -- you know, the
06: Texas Two-Step and Johnson & Johnson
07: would have been facing a significantly
08: increased number of trials at that
09: point in time.  The number of trials
10: was picking up significantly.
11: BY MR. TORBORG:
12: Q.  Going back to the document that I
13: was showing you, Tab 3.  This is the
14: Beasley Allen/Arnold & Itkin --
15: A.  Okay.  I have it.
16: Q.  -- article.
17: You are quoted as saying, "There
18: are close to 50,000" -- I'm in the third
19: paragraph.  Sorry if I didn't say that.
20: Second sentence, "There are
21: close to 50,000 current claims that could
22: easily be resolved if Johnson & Johnson
23: would stop playing games and abusing the
24: bankruptcy court process,' says
25: Birchfield."

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: Do you see that?
03: A.  I do.
04: Q.  What did you mean when you said
05: "could easily be resolved"?
06: A.  I meant that those cases, the
07: current ovarian cancer cases could be
08: resolved if J&J would provide, you know,
09: reasonable and adequate compensation, you
10: know, to the -- you know, to the ovarian
11: cancer victims and stop engaging in the
12: delay tactics of bankruptcy.
13: Q.  When you say "easily resolved,"
14: do you mean through some sort of
15: settlement, I assume?
16: MS. O'DELL:  Objection to the
17: form.  Assumes facts.
18: THE WITNESS:  The claims could be
19: resolved -- outside of a bankruptcy
20: context, the claims could be resolved
21: in a variety of ways that are easily
22: accomplished if reasonable values are
23: offered.
24: BY MR. TORBORG:
25: Q.  And what were the various

## Birchfield, Andrew (05.30.2023) - Volume 1 - 05/30/2023

01: A BIRCHFIELD - 5/30/2023 - CONFIDENTIAL
02: contexts it in which it could have been
03: easily resolved outside of bankruptcy?
04: MS. O'DELL: Let me object. And
05: to the degree that seeks his mental
06: impressions, his work product, it is
07: protected by the attorney-client
08: privilege, and I would instruct the
09: witness not to answer.
10: THE WITNESS: Based on my -- I
11: think I can address that without
12: getting into -- you know, into work
13: product just based on -- based on
14: experience.
15: There are multiple ways that mass
16: tort litigations can be resolved and
17: have been resolved. They include a --
18: you know, a global voluntary opt-in
19: settlement program.
20: They can also be resolved by
21: approaching, you know, all firms, firm
22: by firm in negotiation with individual
23: basis.
24: There are multiple ways that
25: can -- that can be used to resolve --

01: A BIRCHFIELD - 5/30/2023 - CONFIDENTIAL
02: You asked that question previously, and
03: he's already answered the question.
04: MR. TORBORG: I'll move on.
05: BY MR. TORBORG:
06: Q. You note later in that paragraph,
07: "In addition, any resolution must factor in
08: at least 20,000 future claims."
09: Do you see that?
10: A. I do.
11: Q. Do you know where this -- were
12: you got that figure?
13: MS. O'DELL: If you know where
14: you got the figure, you may answer that
15: question. But you may not answer where
16: you got the information provided
17: (indiscernible).
18: THE STENOGRAPHER: Excuse me,
19: Counsel. I didn't hear you after
20: "provided."
21: MS. O'DELL: Sorry. I turned my
22: head. I apologize.
23: So you can answer that question
24: yes or no, but beyond that is protected
25: by the attorney-client work product

01: A BIRCHFIELD - 5/30/2023 - CONFIDENTIAL
02: to resolve mass tort litigation, and
03: they have been used to resolve mass
04: tort litigation.
05: BY MR. TORBORG:
06: Q. Mr. Birchfield, do you believe
07: that a mass settlement of the talc claims
08: would be in the best interest of your
09: clients?
10: MS. O'DELL: Objection.
11: MR. WINOGRAD: Objection.
12: MS. O'DELL: This is protected by
13: the attorney-client work product
14: privilege, and I would instruct the
15: witness not to answer.
16: BY MR. TORBORG:
17: Q. Do you believe it's possible to
18: try all these cases in the tort system?
19: MS. O'DELL: Same objection.
20: Same instruction.
21: BY MR. TORBORG:
22: Q. In the quote that I read "could
23: easily be resolved," you were talking about
24: some sort of mass settlement, correct?
25: MS. O'DELL: Asked and answered.

01: A BIRCHFIELD - 5/30/2023 - CONFIDENTIAL
02: privilege and I would instruct you not
03: to answer.
04: THE WITNESS: I do know where I
05: got that information. It would be work
06: product.
07: BY MR. TORBORG:
08: Q. How would the resolution factor
09: in future claims?
10: MR. WINOGRAD: Objection. Calls
11: for speculation. And to the extent,
12: you can answer it without invading work
13: product or privileged protections.
14: THE WITNESS: It would be work
15: product, and it is -- it would follow a
16: methodology that we have -- you know,
17: that we have laid out and discussed
18: both with the mediator -- mediators
19: and -- and the estimator, the
20: court-appointed Rule 706 expert report.
21: BY MR. TORBORG:
22: Q. Is it your understanding that LTL
23: would be able to obtain a channeling
24: injunction against future claims outside of
25: bankruptcy?

## Birchfield, Andrew (05.30.2023)  - Volume 1 - 05/30/2023

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: you won't be providing any testimony or
03: making any arguments at the hearing about
04: what you have or haven't done to gauge
05: whether your clients support J&J's
06: proposal, correct?
07: MS. O'DELL:  Objection.
08: MR. WINOGRAD:  He can't tell you
09: what he will or won't testify on.  If
10: you believe at the time he's testifying
11: about something you believe is off
12: limits, you're free to make an
13: objection on that.
14: MR. TORBORG:  Okay.  Is the
15: answer to my question, yes, he will not
16: be providing that argument?
17: MR. WINOGRAD:  I believe this is
18: the -- I think the -- we just stated an
19: objection.  He's not here to tell you
20: what he will or won't testify on.
21: Again, if he testifies on
22: something you believe to be improper,
23: you can object.  If you wish to file a
24: motion in limine, go ahead.
25: MR. TORBORG:  I just want to know

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: if he's going to, then I would like to
03: get the answers to my questions now.
04: MR. WINOGRAD:  I am going to
05: object, because that -- that invades
06: the privilege with respect to our trial
07: strategy and what he will and won't
08: testify on.  And it probably calls for
09: speculation.
10: BY MR. TORBORG:

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: MS. O'DELL:  What --
03: BY MR. TORBORG:
04: Q.  -- questioning?
05: MS. O'DELL:  David, what page are
06: you reading from?
07: MR. TORBORG:  I don't need to
08: reference it, but it's page 67.
09: MS. O'DELL:  I think you do need
10: to reference- it.
11: MR. TORBORG:  I don't.  I don't
12: have to do that.
13: MS. O'DELL:  All right.  Give us
14: a minute.  We're going to turn to
15: page 67.
16: MR. WINOGRAD:  David, while Ms. O'Dell
17: is doing that, I do want to make sure
18: that:  Number 1, this transcript is
19: confidential; and Number 2, say for the
20: record we're not waiving any
21: protections under 408 or anything else
22: with respect to testimony or questions
23: concerning settlement proposals.
24: BY MR. TORBORG:

Birchfield, Andrew (05.30.2023)  - Volume 1 - 05/30/2023

07: Q.  How does J&J's filing of
08: bankruptcy impact the appropriate
09: settlement amount?
10: A.  Are you asking for my mental
11: impressions?
12: Q.  Just asking you to -- I'm trying
13: to get an understanding of why you think
14: that is one of the two major things that
15: had changed.
16: MS. O'DELL:  Let me just -- let
17: me just object.  If you say you would
18: have to reveal your mental impressions
19: in order to answer that question, those
20: impressions are protected by the work
21: product privilege, and I instruct you
22: not to answer.
23: THE WITNESS:  I can't real -- I
24: can't really answer that question
25: without -- you know, without revealing,

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: you know, mental impressions.
03: BY MR. TORBORG:
04: Q.  Any other developments?
05: MR. WINOGRAD:  Object to form.
06: THE WITNESS:  Those are the --
07: those are the primary, you know,
08: developments or differences in my
09: estimations.
10: BY MR. TORBORG:
11: Q.  Mr. Birchfield, has Beasley Allen
12: had communications with other law firms
13: about J&J's proposed $8.9 billion
14: settlement?
15: MS. O'DELL:  Objection to form.
16: Vague.
17: MR. WINOGRAD:  And I'll add to
18: the extent that you're talking about
19: law firms that are co-counsel and with
20: whom he shares or Beasley Allen shares
21: a common interest, I instruct you not
22: to divulge any privileged...
23: BY MR. TORBORG:
24: Q.  My question was pretty simple --
25: A.  Yes.

# Birchfield, Andrew (05.30.2023) - Volume 1 - 05/30/2023



01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: nothing we want to follow up on, and
03: then we'll come back.
04: THE VIDEOGRAPHER:  The time is
05: 6:07.
06: We are going off the record.
07: (Whereupon, a recess was taken at
08: 6:07 p.m.)
09: THE VIDEOGRAPHER:  The time is
10: 5:16 -- I'm sorry, the time is 6:16,
11: and we are back on the record.
12: EXAMINATION

24: know you guys are close together, but
25: I'm really struggling to hear you.

p. 00112

24: MS. O'DELL:  Nothing further.
25: Thank you.

p. 00114

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: MS. O'DELL:  I'm sorry.  I'll
03: turn toward the microphone.  Is that
04: better?
05: MR. TORBORG:  Yes.
06: THE STENOGRAPHER:  Thank you.
07: MS. O'DELL:  Okay.

p. 00113

01: A BIRCHFIELD - 05/30/2023 - CONFIDENTIAL
02: MR. TORBORG:  Does anyone else
03: have any questions?
04: (No response.)
05: MR. TORBORG:  I have no recross
06: questions.
07: THE VIDEOGRAPHER:  All right.
08: The time is 6:19.
09: We are going off the record.
10: (Time noted: 6:19 p.m.)
11:
12:
13:
14:
15:
16:
17:
18:
19:
20:
21:
22:
23:
24:
25:

p. 00115
Page 29

Page 1

1
2       UNITED STATES BANKRUPTCY COURT OF NEW JERSEY
                    Case No. 23-12825
3    - - - - - - - - - - - - - - - - - x
     In re:                           :
4                                      :
     LTL MANAGEMENT LLC,               :
5                                      :
                            Debtor,  :
6    - - - - - - - - - - - - - - - - -x
     LTL MANAGEMENT LLC,               :
7                                      :
                         Plaintiff,  :
8                                      :
              v.                       :
9                                      :
     THOSE PARTIES LISTED ON APPENDIX A :
10   TO COMPLAINT and JOHN AND JANE DOES:
     1-1000,                           :
11                                     :
                         Defendants. :
12   - - - - - - - - - - - - - - - - - -x
13                              April 17, 2023
                                1:12 p.m.
14                              7 Times Square
                                New York, NY
15
16                                      EXHIBIT
17                                       957
18
19
20          VIDEOTAPED AND REMOTE DEPOSITION UPON
21   ORAL EXAMINATION OF ANDY BIRCHFIELD, ESQ., held
22   at the above-mentioned time and place, before
23   Randi Friedman, a Registered Professional
24   Reporter, within and for the State of New York.
25

Page 2

```
1          A  Birchfield, Esq
2   APPEARANCES:
3        OTTERBOURG, P C
         Attorneys for Proposed counsel for the
4        official committee of talc claimants
5        230 Park Avenue
         New York, New York 10169
6
         BY:  RICHARD G  HADDAD, ESQ
7
8
         GOLOMB SPIRT GRUNFELD
9        Attorneys for TCC
10       1835 Market Street, Suite 2900
         Philadelphia, Pennsylvania 19103
11
         BY:  RICHARD M  GOLOMB, ESQ
12
13
         LEVIN PAPANTONIO RAFFERTY
14       Attorneys for William Henry
15       316 South Baylen Street
         Pensacola, Florida 32502
16
         BY:  CHRISTOPHER V  TISI, ESQ
17
18
         BEASLEY ALLEN
19       Attorneys for Alishia Landrum
20       218 Commerce Street
         Montgomery Alabama 36104
21
         BY:  LEIGH O'DELL, ESQ
22
23
24
25   (Appearances continued )
```

Page 3

```
1          A  Birchfield, Esq
2   (Appearances continued )
3        COHEN, PLACITELLA & ROTH
         Attorneys for Estate of Kimberly
4        Naranjo
5        127 Maple Avenue
         Red Bank, New Jersey 07701
6
         BY:  CHRISTOPHER PLACITELLA, ESQ
7
8
         JOHNSON & JOHNSON
9        Attorneys for Johnson & Johnson
10       1 Johnson & Johnson Plaza
         New Brunswick, New Jersey 08933
11
         BY:  ERIC HAAS, ESQ
12
13
         SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
14       Attorneys for LTL Management
15       One Manhattan West
         New York, New York 10001
16
         BY:  ALLISON BROWN, ESQ
17
18
         WHITE & CASE, LLP
19       Attorneys for Johnson & Johnson
20       555 South Flower Street, Sute 2700
         Los Angeles, California 90071
21
         BY:  GREGORY STARNER, ESQ
22          KATHRYN KUETHMAN, ESQ
23
24
25   (Appearances continued )
```

Page 4

```
1          A. Birchfield, Esq.
2   (Appearances continued.)
3
         KLEHR HARRISON HARVEY BRANZBURG, LLP
4        Attorneys for Andy Birchfield, Esq.
5        10000 Lincoln Drive East, Suite 201
         Marlton, New Jersey 08053
6
         BY:  CAROL ANN SLOCUM, ESQ.
7
                    * * *
8
9
10
11
12
13
14
15
16
17
18
19
20   ALSO PRESENT:
21       Paul Baker - Videographer
         Jerry Curran - Concierge
22       Ted Meadows, Esq.
         Jim Murdica, Esq.
23
24
25
```

Page 5

```
1          A. Birchfield, Esq.
2        STIPULATIONS
3        IT IS HEREBY STIPULATED AND AGREED, by
4   and among counsel for the respective parties
5   hereto, that the filing, sealing and
6   certification of the within deposition shall be
7   and the same are hereby waived;
8        IT IS FURTHER STIPULATED AND AGREED
9   that all objections, except as to form of the
10  question, shall be reserved to the time of the
11  trial;
12       IT IS FURTHER STIPULATED AND AGREED
13  that the within deposition may be signed before
14  any Notary Public with the same force and effect
15  as if signed and sworn to before the Court.
16                  * * *
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)



Page 66
1   A. Birchfield, Esq.
2                              14:33:56
3                              14:33:58
4                              14:34:01
5                              14:34:04
6                              14:34:10
7                              14:34:13
8                              14:34:15
9                              14:34:18
10   A                         14:34:23
11                             14:34:26
12   Q                         14:34:27
13                             14:34:32
14                             14:34:36
15                             14:34:40
16                             14:34:43
17                             14:34:46
18   A                         14:34:50
19                             14:34:52
20                             14:34:54
21                             14:34:59
22   Q   Are you finished?     14:35:03
23   A   Yes.                  14:35:04
24   Q                         14:35:05
25                             14:35:09

Page 67
1   A. Birchfield, Esq.
2                              14:35:14
3                              14:35:19
4                              14:35:25
5                              14:35:27
6   MS. SLOCUM: Objection to form.   14:35:29
7   THE WITNESS:               14:35:30
8                              14:35:31
9                              14:35:36
10                             14:35:39
11                             14:35:45
12                             14:35:47
13                             14:35:51
14                             14:35:54
15                             14:35:57
16                             14:36:01
17                             14:36:04
18                             14:36:07
19   BY MR. HAAS:              14:36:10
20   Q                         14:36:11
21                             14:36:13
22                             14:36:18
23                             14:36:20
24                             14:36:26
25                             14:36:29

Page 68
1   A. Birchfield, Esq.
2   MS. SLOCUM: Objection.     14:36:30
3   MR. HADDAD: Objection to the   14:36:31
4   form.                      14:36:32
5   MS. SLOCUM: Objection to form.   14:36:32
6   And it misstates what your proposal states.   14:36:33
7   BY MR. HAAS:               14:36:38
8   Q   You may answer the question.   14:36:39
9   A                          14:36:40
10                             14:36:43
11                             14:36:48
12   Q                         14:36:52
13                             14:36:53
14                             14:36:57
15   A   That is true.         14:37:00
16   Q   Thank you.            14:37:01
17                             14:37:01
18                             14:37:03
19                             14:37:07
20                             14:37:10
21                             14:37:13
22                             14:37:17
23                             14:37:19
24   MR. HADDAD: Objection to the form   14:37:31
25   if that was a question. If it was not a   14:37:32

Page 69
1   A. Birchfield, Esq.
2   question, then I don't object.   14:37:35
3   BY MR. HAAS:               14:37:42
4   Q   Let me know when you're ready,   14:37:45
5   Mr. Birchfield.            14:37:46
6   A                          14:37:48
7   Q                          14:37:55
8                              14:37:57
9                              14:37:59
10                             14:38:02
11                             14:38:04
12   A   What are you referring to?   14:38:04
13   Q   I'm asking you if that's your   14:38:05
14   understanding.            14:38:09
15   A                         14:38:12
16                             14:38:19
17                             14:38:21
18                             14:38:28
19   Q                         14:38:31
20                             14:38:33
21                             14:38:35
22                             14:38:39
23                             14:38:43
24                             14:38:45
25                             14:38:50

18 (Pages 66 - 69)



**Page 74**

1          A. Birchfield, Esq.
2    BY MR. HAAS:                           14:43:17
3       Q                                   14:43:19
4                                           14:43:22
5                                           14:43:26
6                                           14:43:31
7                                           14:43:33
8       A                                   14:43:34
9                                           14:43:36
10      Q                                   14:43:37
11                                          14:43:43
12                                          14:43:46
13                                          14:43:49
14                                          14:43:53
15                                          14:43:56
16          MR. HADDAD:  Objection to the   14:43:58
17    form.                                 14:43:58
18          MS. SLOCUM:  Objection to form. 14:44:01
19          THE WITNESS:  We never got that -- 14:44:02
20    we never reached that point.          14:44:03
21    BY MR. HAAS:                          14:44:04
22      Q                                   14:44:05
23                                          14:44:07
24                                          14:44:12
25                                          14:44:15

**Page 75**

1          A. Birchfield, Esq.
2                                           14:44:18
3          MR. HADDAD:  Objection to the    14:44:18
4    form.                                  14:44:18
5          MS. SLOCUM:  Objection to form.  14:44:19
6    BY MR. HAAS:                           14:44:20
7       Q   You can answer.                 14:44:21
8       A   To the best of my memory, that is 14:44:26
9    probably correct.  I mean, I can spend the time 14:44:29
10   if you would like.                     14:44:31
11      Q   I'll take your recollection.    14:44:33
12      A   I can spend the time.           14:44:35
13      Q                                   14:44:43
14                                          14:44:51
15                                          14:44:53
16          MR. HADDAD:  Objection to form. 14:45:00
17          MS. SLOCUM:  Objection.         14:45:00
18          THE WITNESS:                    14:45:01
19                                          14:45:02
20    BY MR. HAAS:                          14:45:02
21      Q                                   14:45:03
22                                          14:45:08
23                                          14:45:14
24                                          14:45:20
25                                          14:45:24

**Page 76**

2          A. Birchfield, Esq.
2                                           14:45:27
3                                           14:45:30
4                                           14:45:31
5                                           14:45:35
6       A                                   14:45:46
7       Q                                   14:45:46
8                                           14:45:48
9                                           14:45:51
10          MR. HADDAD:  Objection to the   14:45:54
11    form.                                 14:45:54
12          MS. SLOCUM:  Objection.         14:45:54
13          THE WITNESS:  This never reached 14:45:59
14    that stage.                           14:46:00
15    BY MR. HAAS:                          14:46:01
16      Q                                   14:46:02
17                                          14:46:03
18      A                                   14:46:12
19                                          14:46:15
20                                          14:46:18
21                                          14:46:22
22                                          14:46:28
23                                          14:46:32
24                                          14:46:39
25                                          14:46:43

**Page 77**

2          A. Birchfield, Esq.
2                                           14:46:47
3                                           14:46:50
4                                           14:46:55
5                                           14:47:00
6                                           14:47:03
7                                           14:47:06
8                                           14:47:10
9                                           14:47:12
10      Q                                   14:47:14
11                                          14:47:15
12                                          14:47:19
13      A                                   14:47:21
14          MS. SLOCUM:  Objection.         14:47:22
15    BY MR. HAAS:                          14:47:22
16      Q                                   14:47:23
17                                          14:47:24
18                                          14:47:31
19                                          14:47:34
20      A                                   14:47:35
21          MR. HADDAD:  Objection to the   14:47:36
22    form.                                 14:47:36
23    BY MR. HAAS:                          14:47:37
24      Q   Sitting here today, you don't recall 14:47:37
25    one way or the other?                 14:47:39

20 (Pages 74 - 77)