

Jeffrey A. Lamken
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2010
F: 202.536.2010
F: 202.556.2001
jlamken@mololamken.com
www.mololamken.com

April 1, 2024

BY CM/ECF

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    *In re LTL Management LLC*, Nos. 23-2971, 23-2972

Dear Ms. Dodszuweit:

    I am co-counsel representing Appellee the Official Committee of Talc Claimants ("TCC") in these appeals, and will be presenting oral argument on the TCC's behalf. I write in follow-up to my March 4, 2024 letter, ECF #97, to advise the Court that I am unavailable for oral argument on the following dates, and to respectfully request that oral argument not be scheduled on these dates:

- April 8-11, due to previously planned travel and a business commitment;
- May 7, due to oral argument in *Regents of the University of California v. Broad Institute, Inc.*, No. 22-1594 (Fed. Cir.);
- May 8, due to oral argument in *United States ex rel. John Doe v. Credit Suisse AG,* No. 22-1054 (4th Cir.).

    In consideration of the two other arguments scheduled for the week of May 6-10, I respectfully request that oral argument not be scheduled for that week.

                                              Sincerely,

                                              /s/ Jeffrey A. Lamken

                                              Jeffrey A. Lamken

cc: All counsel of record via CM/ECF